JAY A. HAMAD, ESQ.
DEAN G. ARONIN, ESQ.
MARSHALL DENNEHEY WARNER
COLEMAN AND GOGGIN
*Attorneys for Defendants*
Wall Street Plaza
88 Pine Street,
21st Floor
New York, NY 10005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ASSURE GLOBAL, LLC d/b/a WeShield,

Docket No.: 1:21-cv-05929-RA

Plaintiff,

-against-

M.J. RESURRECTION, INC. d/b/a FW LOGISTICS, FW WAREHOUSING, FRESH TRUCKING, FW TRUCKING,

Defendants.
-----------------------------------------------------------X

**DEFENDANTS, M.J. RESURRECTION, INC. d/b/a FW LOGISTICS and FRESH TRUCKING, INC. d/b/a FW TRUCKING ANSWER TO PLAINTIFF'S COMPLAINT**

Defendants, M.J. Resurrection, Inc. d/b/a FW Logistics, FW Warehousing, and Fresh Warehousing and Fresh Trucking, Inc. d/b/a FW Trucking, (collectively, "Defendants"), by their attorneys, MARSHALL DENNEHEY, as and for their Answer to the Complaint of Plaintiff, ASSURE GLOBAL, LLC d/b/a WeShield ("Plaintiff"), answer upon information and belief as follows:

## NATURE OF ACTION

1. Defendants deny the allegations contained in Paragraph "1" of the Complaint.

## JURISDICTION

2. Defendants deny the allegations contained in Paragraph "2" of the Complaint except admit that Defendant, M.J. RESURRECTION, INC. d/b/a FW LOGISTICS is an foreign

corporation incorporated in the State of Illinois and registered as a foreign corporation in the State of California and that Defendant FRESH TRUCKING, INC. d/b/a FW TRUCKING is a foreign corporation incorporated in the State of Illinois.

## VENUE

3. Defendants deny the allegations contained in Paragraph "3" of the Complaint.
4. Defendants deny having knowledge or information sufficient to form a belief as to the allegations contained in paragraph "4" of the Complaint and refers all questions of law to the Court.

## PARTIES

5. Defendants deny the allegations contained in Paragraph "5" of the Complaint but Defendants admit that Defendant M.J. RESURRECTION, INC. d/b/a FW LOGISTICS is a foreign corporation incorporated under the laws of the State of Illinois and registered as a foreign corporation under the State of California and Defendant FRESH TRUCKING, INC. d/b/a/ FW TRUCKING is a foreign corporation incorporated in the State of Illinois. M.J. Resurrection has registered the following doing business as names: FW Logistics, FW Warehousing, and Fresh Warehousing. Fresh Trucking has registered the doing business as name: FW Trucking.
6. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

## FACTUAL BACKGROUND

7. Defendants deny the allegations in this paragraph in the form alleged. The allegations in

this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

8. Defendants deny having knowledge or information sufficient to form a belief as to the allegations contained in paragraph "8" of the Complaint.
9. Defendants deny the allegations contained in Paragraph "9" of the Complaint.
10. Defendants deny the allegations contained in Paragraph "10" of the Complaint.
11. Defendants deny the allegations contained in Paragraph "11" of the Complaint.
12. Defendants deny having knowledge or information sufficient to form a belief as to the allegations contained in paragraph "12" of the Complaint.
13. Defendants deny the allegations contained in Paragraph "13" of the Complaint.
14. Defendants deny having knowledge or information sufficient to form a belief as to the allegations contained in paragraph "14" of the Complaint.
15. Defendants deny the allegations contained in Paragraph "15" of the Complaint.
16. Defendants deny the allegations contained in Paragraph "16" of the Complaint.
17. Defendants deny the allegations contained in Paragraph "17" of the Complaint.
18. Defendants deny having knowledge or information sufficient to form a belief as to the allegations contained in paragraph "18" of the Complaint.
19. Defendants deny having knowledge or information sufficient to form a belief as to the allegations contained in paragraph "19" of the Complaint.
20. Defendants deny the allegations contained in Paragraph "20" of the Complaint.
21. Defendants deny the allegations contained in Paragraph "21" of the Complaint.
22. Defendants deny the allegations contained in Paragraph "22" of the Complaint.

## ANSWERING THE FIRST CAUSE OF ACTION

## (NEGLIGENCE)

23. Defendants, repeat, reiterate and state every Answer contained in paragraphs "1" through "22" above as if more fully set forth at length herein response to the Complaint.
24. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
25. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
26. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
27. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
28. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

## ANSWERING THE SECOND CAUSE OF ACTION

## (BREACH OF CONTRACT)

29. Defendants, repeat, reiterate and state each and every Answer contained in paragraphs "1" through "28" above as if more fully set forth at length herein response to the Complaint.

30. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
31. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
32. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
33. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
34. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
35. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
36. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

**ANSWERING THE THIRD CAUSE OF ACTION**

**(BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING)**

37. Defendants, repeat, reiterate and state each and every Answer contained in paragraphs "1" through "36" above as if more fully set forth at length herein response to the Complaint.
38. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
39. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
40. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
41. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
42. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
43. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

44. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

**ANSWERING THE FOURTH CAUSE OF ACTION**

**(UNJUST ENRICHMENT)**

45. Defendants, repeat, reiterate and state each and every Answer contained in paragraphs "1" through "44" above as if more fully set forth at length herein response to the Complaint.
46. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
47. Defendants deny the allegations contained in Paragraph "47" of the Complaint.
48. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.
49. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

**ANSWERING THE FIFTH CAUSE OF ACTION**

**(CONVERSION)**

50. Defendants, repeat, reiterate and state each and every Answer contained in paragraphs "1" through "49" above as if more fully set forth at length herein response to the Complaint.
51. Defendants deny the allegations in this paragraph in the form alleged. The allegations in

this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

52. Defendants deny the allegations contained in Paragraph "52" of the Complaint.

53. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

54. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

55. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

**ANSWERING THE SIXTH CAUSE OF ACTION**

**(RESPONDENT SUPERIOR)**

56. Defendants, repeat, reiterate and state each and every Answer contained in paragraphs "1" through "55" above as if more fully set forth at length herein response to the Complaint.

57. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

58. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

59. Defendants deny the allegations in this paragraph in the form alleged. The allegations in

this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

60. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

61. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

## ANSWERING THE SEVENTH CAUSE OF ACTION

## (ATTORNEY'S FEES)

62. Defendants, repeat, reiterate and state each and every Answer contained in paragraphs "1" through "61" above as if more fully set forth at length herein response to the Complaint.

63. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendants respectfully refer all questions of law to the Court.

64. Defendants deny the allegations in this paragraph in the form alleged. The allegations in this paragraph also include conclusions of law to which no response is required and are deemed denied. Defendant respectfully refer all questions of law to the Court.

## GENERAL DENIAL

65. Defendants denies each and every material allegation not heretofore specifically denied and demands that Plaintiff be put to the proofs thereof.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint fails to state a cause of action against Defendants.
2. This Court lacks subject matter jurisdiction over the action and the Complaint should be dismissed.
3. This Court lacks personal jurisdiction over the action and the Complaint must be dismissed.
4. The action must be dismissed because the action was brought in the wrong venue.
5. The choice of law required to be applied under contract is the State of California.
6. The contract has a limitation provision that limits the amount of damages sought per pound.
7. The jurisdictional minimum of $75,000 is not met because the contract limits the damages sought per pound.
8. The case must be dismissed because the recoverable damages is under $75,000.
9. Plaintiff's damages are limited by virtue of the contract.
10. The damages are limited by the Carmack Amendment, 49 U.S.C. §14706.
11. Any damages sustained by Plaintiff are the result of Plaintiff's own negligence, carelessness and/or reckless and wanton disregard of the consequences of its own conduct and as such, are not recoverable from Defendants.
12. Any damages sustained by Plaintiff were, to the extent not cause by Plaintiff's own acts or omissions, the result of acts or omissions of others for whom Defendants are not legally responsible.
13. Plaintiff is estopped from any claim of warranty or representation, whether express or implied, other than those set forth in Defendants' contract, inasmuch as no alleged

warranty or representation was made in writing, or subscribed to in writing by Defendants and as such is not enforceable under the Statute of Frauds.

14. Plaintiff is barred from any recovery under the economic loss doctrine.
15. Plaintiff failed to mitigate or otherwise act to lessen or reduce the alleged damages.
16. Plaintiff has failed to name all necessary and indispensable parties in this action.
17. If the injuries and damages were sustained by Plaintiff at the time and place and in the manner alleged in the Complaint, the damages and injuries are attributable, in whole or in part, to the culpable conduct of third parties, and if any damages are recoverable against Defendants, the amount of the damages shall be diminished in proportion to which the culpable conduct attributable to the third parties bears on the culpable conduct which caused the damages pursuant to CPLR § 1601.
18. If Plaintiff sustained the injuries complained of, the injuries were caused in whole or part by the conduct of one or more parties whose conduct Defendants are not responsible for, have no control over, and/or with whom Defendants have no legal relation.
19. Defendants are entitled to an offset pursuant to General Obligations Law 15-108.
20. Any injury to Plaintiff, which is denied, was the result of an intervening and/or superseding cause for which Defendants are not liable.
21. Defendants did not violate any duty owed to Plaintiff under common law, statute, regulations, and/or standards.
22. Defendants were not negligent in it conduct.
23. The conduct of Defendants was not the proximate cause of the Plaintiff's alleged damages.

24. This action is barred due to the doctrines of laches, unclean hands, estoppel, and/or waiver.
25. This action is barred by the doctrine of avoidable consequences.
26. At all times relevant hereto, Defendants acted in good faith, without malice, and in a reasonable and proper manner.
27. Plaintiff did not reasonably rely upon Defendants' acts or inadvertent omissions, if any.
28. The allocation of damages allegedly incurred and the apportionment of liability is subject to applicable law.
29. There was no legal duty owed by Defendants to Plaintiff. In the alternative, if any duty was owing then there was no breach of that duty of Defendants.
30. There wad insufficient consideration between the parties to allow Plaintiff to pursue this action.
31. The negligence and/or culpable conduct of other parties, not Defendants, M.J. RESURRECTION, INC. d/b/a FW LOGISTICS and FRESH TRUCKING, INC. d/b/a FW TRUCKING, constituted a separate, independent, superseding, intervening, and sole proximate cause of the alleged accident and/or injuries.
32. Defendants reserve the right to claim any and all defenses available under state and/or federal law, including admiralty and maritime law, as well as any and all statutes and regulations.
33. Plaintiff's claims are barred by the doctrines of settlement, release and/or waiver.
34. Defendants reserve the right to assert any and all additional defenses which may become available and/or apparent during discovery and/or trial.

35. Defendants assert these affirmative defense without altering the applicable burdens of proof, and in asserting these affirmative defenses, Defendants do not assume the burden to establish any fact or proposition where that burden is properly imposed on Plaintiff.

**WHEREFORE**, Defendants, M.J. RESURRECTION, INC. d/b/a FW LOGISTICS and FRESH TRUCKING, INC. d/b/a FW TRUCKING, respectfully demand judgment dismissing Plaintiff's Complaint, together with costs and disbursements of this action, including attorneys' fees and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 9, 2021

Yours, etc.

**MARSHALL DENNEHEY WARNER COLEMAN AND GOGGIN**
*Attorneys for Defendants*

BY: ______________________

JAY A. HAMAD, ESQ.
DEAN G. ARONIN, ESQ.
Wall Street Plaza
88 Pine Street
21st Floor
New York, NY 10005

To: Richard Pawelczyk, Esq.
**THE RUSSELL FRIEDMAN LAW GROUP, LLP**
*Attorneys for Plaintiff*
400 Garden City Plaza, Suite 500
Garden City, NY 11530
(516)355-9696