UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/13/2021
```

ASSURE GLOBAL, LLC d/b/a WeShield,

        Plaintiff,

v.

M.J. RESURRECTION INC. d/b/a FW LOGISTICS, FW WAREHOUSING, FRESH TRUCKING, FW TRUCKING,

        Defendants.

21-CV-5929 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On July 16, 2021, the Court scheduled an initial conference in this case for October 15, 2021, at 2:00 p.m. Due to a scheduling conflict, that conference is hereby rescheduled for October 14, 2021, at 3:00 p.m. The conference line is (888) 363-4749 and the access code is 1015508. The parties are advised that this is a public access line—thus available to the public and press—but that no recordings are permitted.

SO ORDERED.

Dated:    October 13, 2021
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge