UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURE GLOBAL, LLC d/b/a WeShield,

          Plaintiff,

          v.

M.J. RESURRECTION INC. d/b/a FW
LOGISTICS, FW WAREHOUSING, FRESH
TRUCKING, FW TRUCKING,

          Defendants.

No. 21-CV-5929 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On March 14, 2022, the Court directed the parties to submit a joint status letter by April 15, 2022 indicating their preference between engaging in summary judgment briefing or pursuing settlement discussions. Dkt. 25. The Court has not yet received that letter. The parties shall submit the status letter no later than April 22, 2022.

SO ORDERED.

Dated:    April 19, 2022
          New York, New York

_____
Ronnie Abrams
United States District Judge