JAY A. HAMAD, ESQ.
DEAN G. ARONIN, ESQ.
MARSHALL DENNEHEY WARNER
COLEMAN AND GOGGIN
*Attorneys for Defendants*
Wall Street Plaza
88 Pine Street,
21st Floor
New York, NY 10005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ASSURE GLOBAL, LLC d/b/a WeShield,

Plaintiff,

v.

M.J. RESURRECTION INC., d/b/a FW LOGISTICS, FW WAREHOUSING, FRESH TRUCKING, FW TRUCKING,

Defendants.

---------------------------------------------------------X

Case No.: 21-CV-5929 (RA)

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for plaintiff and counsel for defendants, that the action is hereby discontinued with prejudice, without cost to either party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be signed in counterparts and filed without further notice with the Clerk of the Court and that a facsimile copy may be considered an original for purposes of filing the stipulation.

Dated: New York, New York
May 4, 2022

Case 1:21-cv-05929-RA Document 29 Filed 05/26/22 Page 2 of 2

**MARSHALL DENNEHEY WARNER COLEMAN AND GOGGIN**
*Attorneys for Defendants*

By: ____________________
JAY A. HAMAD, ESQ.
DEAN G. ARONIN, ESQ.
Wall Street Plaza
88 Pine Street
21st Floor
New York, NY 10005

**THE RUSSELL FRIEDMAN LAW GROUP, LLP**
*Attorneys for Plaintiff*

By: Richard Pawelczyk
Richard Pawelczyk, Esq.
400 Garden City Plaza, Suite 500
Garden City, NY 11530

**SO ORDERED** ____________________
Hon. Ronnie Abrams
5/27/22